GEORGE MC GINNIS v.
THE NEW JERSEY STATE PAROLE BOARD.

April 1, 1976. Petition for certification denied.

KIRIL DIMITROV v. PETER H. CARLSON.

April 1, 1976. Petition for certification denied. (See 138 *N. J. Super.* 52)

IN RE. THE APPLICATION OF MICHAEL P. RAYLL.

April 1, 1976. Petition for certification denied.

HAROLD HAHN, JR. v. MARK DANIELS.

April 1, 1976. Petition for certification denied.

HAROLD C. RANGES, III v. HAROLD C. RANGES.

April 1, 1976. Petition for certification denied.